IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IRA LEE DENSON,

    Plaintiff,

v.                                  CASE NO. 4:09cv230-SPM/WCS

TINA DEMOTISIS, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated November 9, 2009 (doc. 13). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and he has filed a Motion for Permission to File Summary Judgement (doc. 14).

Having considered Plaintiff's motion and the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

    2.    Plaintiff's Motion for Permission to File Summary Judgement (doc.

14) is denied.

    3.    This case is dismissed for failure to state a claim upon which relief may be granted.

    4.    The clerk shall note on the docket that the dismissal is under 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 9th day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge